ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 11:31:02 AM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT

| | | |
|---|---|---|
| ALS 88 DESIGN BUILD, LLC | § | |
| | § | |
| v. | § | No. 04-15-00096-CV |
| | § | |
| MOAB CONSTRUCTION | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 11:31:02 AM
KEITH E. HOTTLE
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Appellant's Brief is due to be filed on July 15, 2015. Appellant requests a 30 day extension of time to file its Brief. Appellant's counsel needs additional time to fully address the legal authorities for each of the issues presented, to identify all of relevant testimony and evidence, and to cite to the clerk's record and 8 volumes of the reporter's record. This is the first request for extension by Appellant to file its Brief on the Merits. Appellant requests an extension to and including Friday, August 14, 2015.

Respectfully submitted this the 14th day of July, 2015.

**Law Office of Regina Bacon Criswell**
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

By: /S/Regina Bacon Criswell
    SBN: 01496580
    *Attorney for Appellants*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                    Via e-file
*Attorney for MOAB Construction Company, Inc.*

/S/Regina Bacon Criswell
REGINA B. CRISWELL